# UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA

UNITED STATES OF AMERICA

V.

WAYNE RICHARD LEDBETTER

JUDGMENT IN A CRIMINAL CASE
(For **Revocation** of Probation or Supervised Release)
(For Offenses Committed On or After November 1, 1987)

Case Number: 1:99CR65
USM Number: 14944-058

Donald N. Patten
Defendant's Attorney

**FILED**
ASHEVILLE, N. C.

JUN 1 0 2005

U.S. DISTRICT COURT
W. DIST. OF N. C.

**THE DEFENDANT:**

X   admitted guilt to violation of condition(s) 2,3,4,5,6 of the term of supervision.
X   Was found in violation of condition(s) count(s) 2,3,4,5,6  .

**ACCORDINGLY,** the court has adjudicated that the defendant is guilty of the following violations(s):

| Violation Number | Nature of Violation | Date Violation Concluded |
|---|---|---|
| 2 | Drug/alcohol use | 7/10/03 |
| 3 | Fail to submit monthly supervision reports | December, 2004 |
| 4 | Fail to report contact with law enforcement officer | 3/8/04 |
| 5 | Fail to report to probation officer as instructed | 1/12/05 |
| 6 | Unauthorized travel | 2/1/05 |

The Defendant is sentenced as provided in pages 2 through 2 of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984, United States v. Booker, 125 S.Ct. 738 (2005), and 18 U.S.C. § 3553(a).

X   The Defendant has not violated condition(s) 1 and is discharged as such to such violation(s) condition.

**IT IS ORDERED** that the Defendant shall notify the United States Attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid. If ordered to pay monetary penalties, the defendant shall notify the court and United States attorney of any material change in the defendant's economic circumstances.

Date of Imposition of Sentence: June 2, 2005

Signature of Judicial Officer

Lacy H. Thornburg
United States District Judge

Date: 6-10-05

Defendant: WAYNE RICHARD LEDBETTER  Judgment-Page 2 of 2
Case Number: 1:99cr65

## IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a term of <u>9 Months, with credit for the 4 Months already served awaiting sentencing</u>.

<u>X</u>  The Court makes the following recommendations to the Bureau of Prisons:

The Court recommends defendant be given the opportunity to participate in any available substance abuse treatment programs during incarcerated, the defendant being an admitted drug abuse user.

<u>X</u>  The Defendant is remanded to the custody of the United States Marshal.

__  The Defendant shall surrender to the United States Marshal for this District:

    __  As notified by the United States Marshal.

    __  At___a.m. / p.m. on ___.

__  The Defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons:

    __  As notified by the United States Marshal.

    __  Before 2 p.m. on ___.

    __  As notified by the Probation Office.

## RETURN

I have executed this Judgment as follows:

_____

_____

_____

_____

Defendant delivered on _____ to _____ at
_____, with a certified copy of this Judgment.

_____
United States Marshal

By: _____
     Deputy Marshal